Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Eastern District of Texas**

Case number (if known): _____    Chapter **7**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Charred Grills and Outdoor, Prosper TX, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 1 8 6 1 8 2 3 | |
| **4. Debtor's address** | **Principal place of business** <br> 4270 Red Wing Drive <br> Number    Street <br> Prosper, TX 75078 <br> City    State    ZIP Code <br><br> Collin <br> County | **Mailing address, if different from principal place of business** <br> Number    Street <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Number    Street <br> City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☑ Other. Specify: _____ | |

Debtor **Charred Grills and Outdoor, Prosper TX, LLC**  
Name

Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☑ Chapter 7<br>❏ Chapter 9<br>❏ Chapter 11. *Check all that apply:*<br>  ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>  ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ❏ A plan is being filed with this petition.<br>  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes. District _____ When _____ Case number _____<br>          MM / DD / YYYY<br>District _____ When _____ Case number _____<br>          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes. Debtor _____ Relationship _____<br>District _____ When _____<br>          MM / DD / YYYY<br>Case number, if known _____ |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **2**

Debtor **Charred Grills and Outdoor, Prosper TX, LLC**     Case number *(if known)* _____
    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City      State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>                   Contact name _____<br>                   Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49    ☑ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  **Charred Grills and Outdoor, Prosper TX, LLC**   Case number *(if known)*
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/27/2024**
MM/ DD/ YYYY

X **/s/ Sean Astolfo**   **Sean Astolfo**
Signature of authorized representative of debtor   Printed name

Title _____

**18. Signature of attorney**

X **/s/ Marcus Leinart**   Date **06/27/2024**
Signature of attorney for debtor   MM/ DD/ YYYY

**Marcus Leinart**
Printed name

**Leinart Law Firm**
Firm name

**10670 N Central Expy Ste 320**
Number    Street

**Dallas**   **TX**   **75231-2173**
City   State   ZIP Code

**(469) 232-3328**   **contact@leinartlaw.com**
Contact phone   Email address

**00794156**   **TX**
Bar number   State

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Charred Grills and Outdoor, Prosper TX, LLC**

CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **06/27/2024**     Signature     **/s/ Sean Astolfo**
                                       Sean Astolfo, Authorized Signer

Abernathy Roeder Boyd & Hullett, PC
1700 Redbud Blvd. Ste. 300
Mckinney, TX 75069

AF Distributing
3423 E. Atlanta Ave.
Phoenix, AZ 85040

AMEX Business
P.O. Box 650448
Dallas, TX 75265

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

AT&T Business
PO Box 5019
Carol Stream, IL 60197

AT&T Wireless
Po Box 6416
Carol Stream, IL 60197-6416

BBQ Delight Pellets
1816 E. Wasp Rd.
Hutchinson, KS 67501

Best Version Media
PO Box 505
Brookfield, WI 53008

Capital One Spark Business
PO Box 71087
Charlotte, NC 28272

Catalyst Agency
2014 E. Hickory Hill Road Ste. 35
Argyle, TX 76226

Charred Grills and Outdoor, Prosper TX, LLC
4270 Red Wing Drive
Prosper, TX 75078

Clover
415 N. Mathilda Ave.
Sunnyvale, CA 94085

Collin County Tax Assessor
2300 Bloomingdale Rd. Ste. 2324
McKinney, TX 75071

Crawford Outdoor
PO Box 363
Plainville, KS 67663

Double D Smokin Brothers Inc.
1923 N. Kingsway Ste. 3
Cape Girardeau, MO 63701

Express Dumps
547 Burrell Drive
Dallas, TX 75232

Faire.com
62992 Collection Drive
Chicago, IL 60693

FedEx
PO Box 10306
Palatine, IL 60055

Ferguson Entrprises
751 Lakefront Commons
Newport News, VA 23606

First Data Merchant Services
5565 Glenridge Connector Ste 2000
Atlanta, GA 30342

Fortiva
PO Box 650847
Dallas, TX 75265

Forward Financing
100 Summer St. Ste. 1175
Boston, MA 02110

Grayson-Collin Electric
PO Box 548
Van Alstyne, TX 75495-0548

Innovating Solutions
6505 Trott Rd.
Belton, MO 64012

Integrity Publishing Solutions
PO Box 5942
Bella Vista, AR 72714

John and Katherine Dishong
1820 Blue Forest Dr.
Prosper, TX 75078

Jones, Allen & Fuquay
7557 Rambler Road Ste. 500
Dallas, TX 75231

K4L Drum Smokers
637 E. Lakeview Drive
Great Bend, KS 67530

Kyle Wilson
7708 Masters Court
Mckinney, TX 75072

Lignetics of Great Lakes LLC
16592 W. US Hwy 63 S
Hayward, WI 54843

Manchester Wood Pellets
46 Apel Place
Manchester, CT 06042

Maverick Ind.
94 Mayfield Ave.
Edison, NJ 08837

McCarthy, Burgess & Wolff
c/o Spectrum
26000 Cannon Rd
Cleveland, OH 44146

McKinney Water Dept.
210 N. Tennessee St.
Mckinney, TX 75069

Meat Church
Po Box 3202
Waxahachie, TX 75168-3202

Mustang Lakes AMC LLC
2682 Roseland Pkwy.
Celina, TX 75009

O'Rourke Sales
3885 Elmore Ave. Ste. 100
Davenport, IA 52807

Paragon Distributing Co.
12121 N. Stemmons Frwy. Ste. 130
Dallas, TX 75234

Prosperity Bank
1205 N Navarro St.
Victoria, TX 77901

Quill
PO Box 37600
Philadelphia, PA 19101

Roger F. Claxton
4324 Mapleshade Lane Ste. 282
Plano, TX 75093

Simplifi Finance Loan
222 Broadway FL 22
New York, NY 10038

Small Business Admin
14925 Kingsport Rd.
Fort Worth, TX 76155

Smart Business
c/o Erica Gilerman
515 Madison Ave. Ste. 8108
New York, NY 10022

Smart Pay Rental
PO Box 322
Leola, PA 17540

Smoking Tec
6901 K Ave. Ste. 110
Plano, TX 75074

Spectrum c/o Charter Communication
PO Box 94188
Palatine, IL 60094-4188

Square Capital
1455 Market Street Ste 600
San Fransisco, CA 94103

Streamline Payments
9520 Ormsby Station Road
Louisville, KY 40223

Sucklebusters
PO Box 2006
Coppell, TX 75019

Suddenlink Communications
PO Box 660363
Dallas, TX 75266-0365

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Sysco/Buck Head Meat
4216 Mint Way
Dallas, TX 75237

Texas Bank
290 S. Preston Road Ste. 130
Prosper, TX 75078

Texas Workforce Commission
101 E 15th St, RM 370
Austin, TX 78778-0001

Thryv
2200 W. Airfield Dr.
Dallas, TX 75261

TX Comptroller
PO Box 13528
Austin, TX 78711

Txu Electric/TXU Energy
Attention: Bankruptcy
PO Box 650393
Dallas, TX 75265

Vivint
4931 North 300 West
Provo, UT 84604

Waste Connections Lone Star
PO Box 679859
Dallas, TX 75267

| | | |
|---|---|---|
| Wave<br>500-155 Queens Quay E Box 3<br>Toronto, ON M5A 0W4 | Wortham Law Firm<br>12001 N. Central Expy. Ste. 650<br>Dallas, TX 75243 | WPPO LLC<br>3131 W. Orangeville Rd.<br>Orangeville, IL 61060 |